IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JERRY ANTHONY CADET,

      *Plaintiff*,

v.

JANINE QUIGLEY, *et al.*

      *Defendants*.

CIVIL ACTION
NO. 16-02830

## ORDER

**AND NOW**, this 16th day of February, 2017, upon consideration of Defendants' motions to dismiss (ECF Nos. 24 & 25), the motions are **GRANTED** and Cadet's claim is **DISMISSED with prejudice**. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.